# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

158077(38)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* PAROLE OF RONALD IRWIN

_____

MACOMB COUNTY PROSECUTING
ATTORNEY,

      Appellee,

v

RONALD IRWIN,

      Appellant.

_____

PAROLE BOARD,

      Intervenor-Appellee.

_____/

SC: 158077
COA: 342963
Macomb CC: 2017-000053-AP

On order of the Chief Justice, the motion of appellant to extend the time for filing his reply is GRANTED. The reply submitted on September 5, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk